# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:14-CR-11-1D

DAVID VALDINI & ASSOCIATES, P.A.

On October 15, 2014, the above named was placed on probation for a period of 18 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the defendant corporation be discharged from supervision with an effective discharge date of October 14, 2015.

Respectfully submitted,

/s/Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant corporation be discharged from supervision and that the proceedings in the case be terminated effective October 14, 2015.

Dated this __17__ day of __September__, 2015.

James C. Dever III  
Chief U.S. District Judge